# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Livingston, Debra A. | U.S. Court of Appeals for the Second Circuit | 05/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge. Active status. | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
40 Foley Square
New York, New York 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Paul J. Kellner Professor of Law | Columbia Law School |
| 2. | Uncompensated Trustee (co-trustee ▨) | Trust fbo relative ("Trust 5J") |
| 3. | Uncompensated Trustee (co-trustee ▨) | Trust fbo relative ("Trust 5S") |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2/1999 | Wolters-Kluwer Law & Business\|Aspen Publishers. Royalty payments on sales of co-authored case book, Comprehensive Criminal Procedure |
| 2. | 1992 | See Part VIII. Additional Information. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/2/2019 | Wolters-Kluwer Law & Business|Aspen Publishers (royalties) | $9,454.05 |
| 2. 2019 | Columbia Law School | $24,888.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Livingston, Debra A. | 05/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Livingston, Debra A.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank cash accounts | A | Interest | M | T | | | | | |
| 2. Bank of America cash account | | None | J | T | | | | | |
| 3. =================(H) | | | | | | | | | |
| 4. CREF Stock Fund | | None | L | T | | | | | |
| 5. Fidelity Contrafund K | D | Dividend | M | T | | | | | |
| 6. Fidelity Convertible Security | C | Dividend | L | T | | | | | |
| 7. Fidelity Growth Co K | D | Dividend | M | T | | | | | |
| 8. Fidelity Equity Div Inc | B | Dividend | K | T | | | | | |
| 9. Fidelity Magellan | D | Dividend | L | T | | | | | |
| 10. TIAA Real Estate | | None | M | T | | | | | |
| 11. TIAA Traditional Annuity | | None | L | T | | | | | |
| 12. =================(H) | | | | | | | | | |
| 13. U.S. Savings Bonds | | None | J | T | | | | | |
| 14. =================(H) | | | | | | | | | |
| 15. Vanguard 122 LifeStrategy Growth Portfolio n.3 | C | Dividend | M | T | | | | | |
| 16. =================(H) | | | | | | | | | |
| 17. Vanguard 502 Balanced Index | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Livingston, Debra A.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Vanguard 521 Wellington Admiral | D | Dividend | N | T | Sold<br>(part) | 08/15/19 | J | | |
| 19.  Vanguard 526 Morgan Growth Admiral (n.1) | F | Dividend | | | Sold | 04/05/19 | O | | |
| 20.  Vanguard 0523 U.S. Growth (n.1) | E | Dividend | O | T | Buy | 04/05/19 | O | | |
| 21. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 22.  Vanguard 548 Small Cap Admiral | C | Dividend | N | T | Sold<br>(part) | 08/15/19 | J | | |
| 23.  Vanguard 581 Int'l Growth Admiral | B | Dividend | M | T | | | | | |
| 24.  Vanguard 593 Growth & Income Admiral | E | Dividend | N | T | Sold<br>(part) | 08/15/19 | J | | |
| 25.  ==========NY 529 (H) | | | | | | | | | |
| 26.  Vanguard College Mod Age-Based Option Inc | | None | J | T | Sold<br>(part) | 01/06/19 | J | | |
| 27. | | | | | Sold<br>(part) | 07/31/19 | K | | |
| 28.  ==================(H) | | | | | | | | | |
| 29.  Vanguard 0529 High-Yield Corp F Admiral | B | Dividend | K | T | | | | | |
| 30.  Vanguard 0581 Int'l Growth Fund Admiral | C | Dividend | M | T | | | | | |
| 31.  Vanguard 0854 Instit'l Index F Inst'l Shares | D | Dividend | N | T | | | | | |
| 32.  Vanguard 1665 Inst'l Target Retirement 2025 | D | Dividend | N | T | | | | | |
| 33.  Vanguard 3123 Real Estate Index Inst'l Shares | C | Dividend | M | T | | | | | |
| 34.  Vanguard 5119 Infl-Protected Securities F Inst'l Shares (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Livingston, Debra A.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ========Trusts 5J & 5S (H) | | | | | | | | | |
| 36. Vanguard Wellington Admiral | E | Dividend | O | T | Sold<br>(part) | 01/31/19 | J | | |
| 37. | | | | | Sold<br>(part) | 04/05/19 | J | | |
| 38. | | | | | Sold<br>(part) | 04/05/19 | J | | |
| 39. ========Trust 6F (n.2) (H) | | | | | | | | | |
| 40. Vanguard Wellesley Income Fund | E | Dividend | N | T | Sold<br>(part) | 03/13/19 | J | | |
| 41. ========Includes all trusts (H) | | | | | | | | | |
| 42. Vanguard Prime Money Market Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 43. | | | | | Sold<br>(part) | 04/09/19 | J | | |
| 44. | | | | | Sold<br>(part) | 04/11/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 46. | | | | | Sold<br>(part) | 02/27/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 48. | | | | | Sold<br>(part) | 04/11/19 | J | | |
| 49. | | | | | Sold<br>(part) | 04/12/19 | J | | |
| 50. | | | | | Sold<br>(part) | 01/10/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Livingston, Debra A.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 53. | | | | | Sold<br>(part) | 03/20/19 | J | | |
| 54. | | | | | Sold<br>(part) | 04/15/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 56. | | | | | Sold<br>(part) | 07/10/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 58. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements.

1992. As a result of my employment with the University of Michigan Law School from 1992-1994, I continue to have a retirement account established through the University of Michigan, the holdings of which are listed under Part VII. Investments and Trusts. Contributions are of course no longer made to those retirement accounts.

Part VII. Investments and Trusts.

n.1 Vanguard-initiated no cost exchange of Morgan Growth Admiral to U.S. Growth Admiral in the two accounts in which Morgan Growth was held.

n.2 Trust for relative. _____ is sole trustee. _____ and another relative are partial residual beneficiaries.

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra A. Livingston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544